IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DEBRA A. & JOHN A. BIRSA, JR. | ) |
| | ) |
| BAC Home Loans Servicing, L.P. fka | ) |
| Countrywide Home Loans Servicing, L.P., | ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 08B21047 |
| | ) JUDGE Bruce W. Black |
| DEBRA A. & JOHN A. BIRSA, JR., | ) |
| Debtor | ) |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the March 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of February 16, 2010:

    a. Attorney's Fees                              $250
    b. Payments
       3/2010 & 4/2010 (2 @ $1,420.30)         $2,840.60
    c. Suspense                                 ($297.29)
                                   Total       $2,793.31

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. rights to collect these amounts will be unaffected.

                                Respectfully Submitted,
                                BAC Home Loans Servicing, L.P. fka
                                Countrywide Home Loans Servicing, L.P.

                                /s/Lydia Y. Siu
                                Lydia Y. Siu
                                ARDC#6288604

                                Pierce and Associates, P.C.
                                1 North Dearborn
                                Suite 1300
                                Chicago, Illinois 60602
                                (312)346-9088